UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | |
| GARY ANDERSON, | No. CR 11-00795 CRB |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. CR 11-00796 CRB |
| PATRICK CAMPION, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. CR 11-00797 CRB |
| JAMES DOHERTY, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. CR 11-00798 CRB |
| KEITH GOODMAN, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. CR 11-00799 CRB |
| CRAIG LIPTON, | |
| Defendant. | |

UNITED STATES OF AMERICA

        v.

No. CR 11-00800 CRB

TROY KENT,

        Defendant.

---

UNITED STATES OF AMERICA

        v.

No. CR 11-00801 CRB

LAITH SALMA,

        Defendant.

---

UNITED STATES OF AMERICA

        v.

No. CR 11-00802 CRB

HENRI PESSAH,

        Defendant.

---

UNITED STATES OF AMERICA

        v.

No. CR 12-00300 CRB

MATTHEW WORTHING,

        Defendant.

---

UNITED STATES OF AMERICA

        v.

No. CR 12-00301 CRB

LYDIA FONG,

        Defendant.

---

UNITED STATES OF AMERICA

        v.

No. CR 12-00785 CRB

NORMAN MONTALVO,

        Defendant.

---

ORDER TO
CONTINUE STATUS        2

UNITED STATES OF AMERICA

v.

GILBERT CHUNG,
    Defendant.

No. CR 13-00069 CRB

UNITED STATES OF AMERICA

v.

MOHAMMED REZAIAN,
    Defendant.

No. CR 13-00246 CRB

UNITED STATES OF AMERICA

v.

ROBERT WILLIAMS,
    Defendant.

No. CR 13-00388 CRB

UNITED STATES OF AMERICA

v.

DANIEL ROSENBLEDT,
    Defendant.

No. CR 13-00587 CRB

UNITED STATES OF AMERICA

v.

KUO HSUAN "CHUCK" CHANG,
    Defendant.

No. CR 13-00670 CRB

UNITED STATES OF AMERICA

v.

MICHAEL NAVONE,
    Defendant.

No. CR 13-00804 CRB

ORDER TO
CONTINUE STATUS     3

1
2
3
4
5

UNITED STATES OF AMERICA

            v.

FLORENCE FUNG,
                   Defendant.

No. CR 13-00805 CRB

6        PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the November 16,

7  2016 status hearings in the above-captioned matters are continued to March 22, 2017 at 2:00

8  p.m.

9

10  DATED:  November 8, 2016

                                            _____

11                                   THE HONORABLE CHARLES R. BREYER
                                   United States Senior District Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER TO
CONTINUE STATUS              4